IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.

PETER G. ARCHIBALD
BARBARA F. ARCHIBALD

CASE NO.: CR205-029

## ORDER

The August 2, 2005, Orders Setting Conditions of Release for **Peter G. Archibald** and **Barbara F. Archibald** are amended to remove the travel restrictions included in said Orders.

All other conditions set forth in said August 2, 2005 Orders shall remain in full force and effect.

**SO ORDERED**, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA    *

vs.    *    CASE NO. CR205-29

PETER ARCHIBALD, ETAL    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/30/05, which is part of the official records of this case.

Date of Mailing: 8/30/05
Date of Certificate: 8/30/05

SCOTT L. POFF, CLERK

By: NITA ROSE

NAME:
1. BARARA F. ARCHIBALD 114 BLASINGAME ST ST. SIMONS ISLAND, GA.
2. PETER ARCHIBALD  "  "
3. FRED KRAMER/BRIAN MCEVOY/JOE NEWMAN
4. 
5. 
6. 
7. 

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds