IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO.: CR205-029 |
| | ) |
| PETER G. ARCHIBALD | ) |
| BARBARA F. ARCHIBALD | ) |

## ORDER

The Government filed a Motion for Inquiry Regarding Possible Conflict of Interest. (Doc. 24.) Said motion is **GRANTED**. After conducting a hearing, the Court determines that a possible conflict of interest exists which precludes Vincent D. Sowerby from representing both Peter G. Archibald and Barbara F. Archibald in this case. Defendants are instructed to advise the Court by 5:00 p.m. on September 1, 2005, as to whether either or both Defendants desire to retain new counsel, or whether either or both Defendants assert that counsel should be appointed.

SO ORDERED, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

UNITED STATES OF AMERICA     \*

        vs.     \*     CASE NO. CR205-29

PETER ARCHIBALD, ETAL     \*

                                        \*

                                        \*

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 8/30/05, which is part of the official records of this case.

Date of Mailing: 8/30/05
Date of Certificate: 8/30/05

SCOTT L. POFF, CLERK

By: NITA ROSE

NAME:
1. BARARA F. ARCHIBALD 114 BLASINGAME ST ST. SIMONS ISLAND, GA.
2. PETER ARCHIBALD " "
3. FRED KRAMER/BRIAN MCEVOY/JOE NEWMAN
4. _____
5. _____
6. _____
7. _____

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☒ U.S. Probation
- ☐ ☒ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds