**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 27  A 11: 19

CLERK _____
S. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| | * |
| v. | * |
| | * |
| PETER G. ARCHIBALD | * |
| BARBARA F. ARCHIBALD | * |

CASE NO.: CR205-029

# O R D E R

The Court has been advised that all motions filed in this case have been resolved by the parties with the exception of the Motion for Severance filed by Barbara F. Archibald.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this _____ 27 _____ day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)