# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| PETER G. ARCHIBALD | : | NO. CR205-029 |

### O R D E R

Upon consideration of Defendant's "Motion for Permission to contact Jurors," Local Rule 83.8 prohibits post trial contact with jurors. Federal Rule of Evidence 606(b) proscribes such post trial intrusions on a juror's mental processes.

Accordingly, Defendant's Motion is hereby **DENIED**.

**SO ORDERED**, this 12th day of November, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)