UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
Brunswick Division

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| vs | ) | CASE NUMBER | CR205-29-01 |
| PETER G. ARCHIBALD | ) | | |

**ORDER**

The above-styled proceeding, having been appealed to the Eleventh Circuit, United States Court of Appeals,

IT IS HEREBY ORDERED that the sealed record in this proceeding be transmitted to the Clerk, Eleventh Circuit, United States Court of Appeals.

SO ORDERED, this _____ day of ___March___, 2006.

_____
ANTHONY A. ALAIMO
JUDGE, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA